IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRUNSON ROBERTS
ADC #127841                                                                                       PLAINTIFF

v.                                          4:25-cv-00472-JM-JJV

DEXTER PAYNE,
Director, ADC, *et al.*                                                                      DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge James M. Moody Jr. Any party may serve and file written objections to this Recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

**I.   DISCUSSION**

On May 15, 2025, I denied Plaintiff permission to proceed *in forma pauperis* because he has accumulated three strikes as defined by 28 U.S.C. § 1915(g) without satisfying the imminent danger exception in that statute. (Doc. 2.) I then gave Plaintiff twenty-one days to pay the filing fee in full and cautioned him I would recommend this case be dismissed without prejudice if he did not timely do so. Plaintiff has not complied with my Order, and the time to do so has passed. Accordingly, this case should be dismissed due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

## II. CONCLUSION

IT IS, THEREFORE, RECOMMENDED THAT:

1. The Complaint (Doc. 1) be DISMISSED without prejudice.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

Dated this 10th day of June 2025.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE