# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

BRUNSON ROBERTS
ADC #127841                                                                                  PLAINTIFF

v.                                        4:25-cv-00472-JM

DEXTER PAYNE,
Director, ADC, *et al.*                                                           DEFENDANTS

## **ORDER**

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. (Doc. .) No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

Therefore, the Complaint (Doc. 1) is DISMISSED without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 30th day of June, 2025.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE